UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    CASSANDRA D. MCINTOSH | : | |
|           Debtor(s) | : | Bky. No. 06-15084ELF |

**ORDER**

AND NOW, upon consideration of the Debtor's Objection to the Claim of UMLI/UM Capital, LLC ("the Objection"), the response thereto, and for the reasons stated in court,

It is hereby **ORDERED** that:

1. The evidentiary record in this contested matter is **REOPENED** to permit the parties to offer additional evidence on the issue whether the subject proof of claim was filed within a reasonable period of time following the proof of claim filed by the Debtor.

2. A further hearing on the Objection is scheduled for **October 27, 2009 at 1:00 p.m.** in **Bankruptcy Courtroom No. 1, Second Floor, U.S. Courthouse, 900 Market Street, Philadelphia, Pennsylvania.**

Date: September 23, 2009

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE