**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :        Chapter 13
    **CASSANDRA D. McINTOSH**          :
                                      :
                        **Debtor**        :        Bky. No. 06-15084ELF

# O R D E R

    **AND NOW,** upon consideration of the Debtor's Objection to the Proof of Claim of

UMLI/UM Capital, LLC (Claim No. 4-2 ("the Objection"), and for the reasons stated in court,

    It is hereby **ORDERED** that:

1.  The Objection is **SUSTAINED**.

2.  Claim No. 4-2 is **DISALLOWED**.

3.  Claim No. 4-1 continues to be **ALLOWED** as filed.


Date:    <u>October 27, 2009</u>

                        **ERIC L. FRANK**
                        **U.S. BANKRUPTCY JUDGE**